UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PETER ECHEVERRIA,<br><br>Defendant | Criminal No. 25cr10119<br><br>Violations:<br><br>Counts One and Two: Application of Certain Criminal Laws to Acts on Aircraft; Assaults within Maritime and Territorial Jurisdiction (49 U.S.C. § 46506(2); 18 U.S.C. §§ 113(a)(5) and 3238) |

INFORMATION

COUNT ONE
Application of Certain Criminal Laws to Acts on Aircraft; Assaults within Maritime and Territorial Jurisdiction
(49 U.S.C. § 46506(2); 18 U.S.C. §§ 113(a)(5) and 3238)

The United States Attorney charges:

On or about May 5, 2023, in the District of Massachusetts, and elsewhere, the defendant,

PETER ECHEVERRIA,

being an individual on an aircraft in the special jurisdiction of the United States (Delta Airlines Flight 134, from Detroit, Michigan, to Amsterdam, Netherlands, civil aircraft number N812NW), did assault within maritime and territorial jurisdiction a passenger, John Doe 1, an individual whose identity is known to the United States Attorney.

All in violation of Title 49, United States Code, Section 46506(2); Title 18 United States Code, Section 113(a)(5); and Title 18 United States Code, Section 3238.

1

<u>COUNT TWO</u>
Application of Certain Criminal Laws to Acts on Aircraft; Assaults within Maritime and Territorial Jurisdiction
(49 U.S.C. § 46506(2); 18 U.S.C. § §113(a)(5) and 3238)

The United States Attorney further charges:

On or about May 5, 2023, in the District of Massachusetts, and elsewhere, the defendant,

PETER ECHEVERRIA

being an individual on an aircraft in the special jurisdiction of the United States (Delta Airlines Flight 134, from Detroit, Michigan, to Amsterdam, Netherlands, civil aircraft number N812NW), did assault within maritime and territorial jurisdiction a flight attendant, Jane Doe 1, an individual whose identity is known to the United States Attorney.

All in violation of Title 49, United States Code, Section 46506(2); Title 18 United States Code, Section 113(a)(5); and Title 18 United States Code, Section 3238.

LEAH B. FOLEY
UNITED STATES ATTORNEY

*Jessica L. Soto*
JESSICA L. SOTO
ASSISTANT UNITED STATES ATTORNEY

District of Massachusetts: APRIL 7, 2025

2